UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,** : Case No.: 3:17CR28(4)&(8)

    **Plaintiff,**

    :

    **v.**

**(4) SERGIO CANDELAS-RUIZ**

    :

**(8) JORGE BEJARANO**

    **Defendants.**

## ORDER

On or about June 11, 2024, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moved to dismiss indictment in this case against defendants Sergio Candelas-Ruiz and Jorge Bejarano. The Court hereby GRANTS this motion and orders the indictment dismissed as to defendants Sergio Candelas-Ruiz and Jorge Bejarano.

June 12, 2024       s/Thomas M. Rose
DATE      HONORABLE THOMAS M. ROSE
     UNITED STATES DISTRICT COURT JUDGE